# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2150 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 174 DB 2014 |
| v. | : | |
| | : | Attorney Registration No. 80594 |
| RONALD JAMES GROSS, | : | |
| Respondent | : | (York County) |

## O R D E R

**PER CURIAM**

   **AND NOW**, this 10th day of April, 2015, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board dated March 20, 2015, the Joint Petition in Support of Discipline on Consent is hereby granted pursuant to Pa.R.D.E. 215(g), and it is

   ORDERED that Ronald James Gross is suspended on consent from the Bar of this Commonwealth for a period of six months, and he shall comply with all the provisions of Pa.R.D.E. 217.